UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NICHOLAS W. MARTIN,

                Plaintiff,

     v.                                                 Civil No.6:15-cv-00547-AA

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                Defendant.

## JUDGMENT

Pursuant to the ORDER FOR REMAND signed on May 2, 2016, this action is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and the ORDER FOR REMAND.

Dated this 2ND day of May 2016.

                                                    Ann Aiken
                                           United States District Judge

JUDGMENT